IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BROWNE,<br><br>         Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | No. CV-F-05-1469 REC/LJO<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). The new case number shall be **CV-F-05-1469 LJO**.

IT IS SO ORDERED.

**Dated: March 8, 2006**                         **/s/ Robert E. Coyle**
668554                                                    UNITED STATES DISTRICT JUDGE

1