1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone No. (559) 497-4036

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9  PATRICIA BROWNE,              )     1:05-cv-1469 LJO
                                  )
10              Plaintiff,        )     STIPULATION AND ORDER
                                  )     TO EXTEND TIME
11                                )
              v.                  )
12                                )
   JO ANNE B. BARNHART,           )
13 Commissioner of Social         )
   Security,                      )
14                                )
              Defendant.          )
15 _____  )

16      The parties, through their respective counsel, stipulate

17 that defendant's time to respond to plaintiff's confidential

18 letter brief be extended from May 9, 2006 to June 8, 2006.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28
                                   1

1  This is defendant's first request for an extension of time
2 to respond to plaintiff's confidential letter brief.  Defendant
3 needs the additional time to further review the file and prepare
4 a response in this matter.

Respectfully submitted,

Dated: April 26 , 2006        /s/ Robert D. Christenson
                              (As authorized via facsimile)
                              ROBERT D. CHRISTENSON
                              Attorney for Plaintiff


Dated: April 26 , 2006        McGREGOR W. SCOTT
                              United States Attorney



                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney



IT IS SO ORDERED.

**Dated:   April 28, 2006**             **/s/ Lawrence J. O'Neill**
b9ed48                          UNITED STATES MAGISTRATE JUDGE

2