```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  Federal Building
    2500 Tulare St., Ste 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9
10  PATRICIA BROWNE,              )    1:05-cv-1469 LJO
                                  )
11                                )
                 Plaintiff,       )
12                                )    STIPULATION AND ORDER
                 v.               )    FOR REMAND PURSUANT TO
13                                )    SENTENCE FOUR OF 42 U.S.C.
    JO ANNE B. BARNHART,          )    § 405(g), and
14  Commissioner of Social        )
    Security,                     )    REQUEST FOR ENTRY OF JUDGMENT
15                                )    IN FAVOR OF PLAINTIFF AND
                 Defendant.       )    AGAINST DEFENDANT
16  _____)
```

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

     On remand, the Appeals Counsel will instruct an Administrative Law Judge to take the following action:

     1. Specify the frequency of the Plaintiff's need to alternate sitting and standing;

     2. Obtain vocational expert evidence to determine whether Plaintiff can perform work that exists in significant numbers in the national economy.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: May 18, 2006      /s/ Robert D. Christenson
                         (As authorized via facsimile)
                         ROBERT D. CHRISTENSON
                         Attorney for Plaintiff

Dated: May 18, 2006      McGREGOR W. SCOTT
                         United States Attorney

                         /s/ Kristi C. Kapetan
                         KRISTI C. KAPETAN
                         Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   May 23, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                             UNITED STATES MAGISTRATE JUDGE