1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTI C. KAPETAN
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street,
4 | Fresno, California 93721
Telephone:  (559) 497-4036
5 |
Attorneys for Defendant
6 |

7 |

8 |             IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                   EASTERN DISTRICT OF CALIFORNIA

10 | PATRICIA BROWNE,                )     1:05-cv-1469 LJO
                                 )
11 |               Plaintiff,       )     STIPULATION AND ORDER
                                 )     AWARDING EAJA ATTORNEY FEES
12 |               v.              )
                                 )
13 | JO ANNE B. BARNHART,            )
Commissioner of Social          )
14 | Security,                       )
                                 )
15 |               Defendant.       )
_____)
16 |

17 |      IT IS HEREBY STIPULATED by the parties, through their

18 | undersigned counsel, subject to the approval of the Court, that

19 | counsel for plaintiff be awarded attorney fees under the Equal

20 | Access to Justice Act in the amount of ONE THOUSAND ONE HUNDRED

21 | SIXTY-TWO DOLLARS AND TWENTY CENTS ($1,162.20).  This amount

22 | represents compensation for legal services rendered on behalf of

23 | plaintiff by counsel in connection with this civil action for

24 | services performed before the district court in accordance with 28

25 | U.S.C. § 2412(d).

26 | ///

27 | ///

28 | ///

1

1   This stipulation constitutes a compromise settlement of

2   plaintiff's request for EAJA attorney fees and does not constitute

3   an admission of liability on the part of defendant under the EAJA.

4   Payment in the aforementioned sum under EAJA shall constitute a

5   complete release from and bar to any and all claims, rights,

6   causes of action, liens or subrogated interests relating to

7   attorneys fees incurred in this action under EAJA.

8       The settlement of plaintiff's claim for EAJA attorney fees

9   does not preclude plaintiff's counsel from seeking attorney fees

10  under 42 U.S.C. § 406(b) of the Social Security Act, subject to

11  the offset provisions of the law.

12                              Respectfully submitted,

13
    Dated: June 27, 2006         /s/ Robert D. Christenson
14                                (As authorized via facsimile)
                                  ROBERT D. CHRISTENSON
15                                Attorney for Plaintiff

16
    Dated: June 27, 2006         McGREGOR W. SCOTT
17                                United States Attorney

18
                                  /s/Kristi C. Kapetan
19                                KRISTI C. KAPETAN
                                  Assistant U.S. Attorney
20
    IT IS SO ORDERED.
21
    **Dated:    June 29, 2006**          **/s/ Lawrence J. O'Neill**
22  b9ed48                      UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                2